```
 1  KEITH A. FINK (SBN 146841)
    SARAH E. HERNANDEZ (SBN 206305)
 2  JENNIFER M. MISETICH (SBN 272022)
    FINK & STEINBERG
 3  ATTORNEYS AT LAW
    11500 Olympic Boulevard, Suite 316
 4  Los Angeles, CA 90064
    Telephone: (310) 268-0780
 5  Facsimile: (310) 268-0790
 6  Attorneys for Plaintiff
    ERIC ANTHONY DEL REAL
 7
    GREGORY W. KNOPP (SBN 237615)
 8  GLORIA JAN (SBN 165440)
    CHRISTOPHER K. PETERSEN (260631)
 9  AKIN GUMP STRAUSS HAUER & FELD LLP
    2029 Century Park East
10  Suite 2400
    Los Angeles, CA 90067
11  Telephone:   310-229-1000
    Facsimile:   310-229-1001
12
    Attorneys for Defendant
13  STARBUCKS CORPORATION
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC ANTHONY DEL REAL, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> STARBUCKS, INC., a Washington corporation; and DOES 1 to 50, inclusive, <br><br> Defendants. | Case No. 5:12-cv-00770-EJD <br><br> [PROPOSED] ORDER RE JOINT STIPULATION FOR DISMISSAL |

[PROPOSED] ORDER RE JOINT STIPULATION FOR DISMISSAL

5:12-cv-00770

## ORDER

Based on the Stipulation of the Parties and good cause having been shown, this action is hereby ***dismissed with prejudice*** in its entirety, pursuant to F.R.C.P. 41(a)(1).

**IT IS SO ORDERED.**

The Clerk shall close this file.

Dated: January 31, 2013    By: _____
                               Honorable Edward J. Davila

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 2400, Los Angeles, CA 90067. On January 30, 2013, I served the foregoing document(s) described as: **[PROPOSED] ORDER RE JOINT STIPULATION FOR DISMISSAL** on the interested party(ies) below, using the following means:

> **All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the referenced case caption and number**

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 30, 2013, at Los Angeles, California.

Carmen M. Ayala
[Print Name of Person Executing Proof]     [Signature]