1  KEITH A. FINK (SBN 146841)
2  SARAH E. HERNANDEZ (SBN 206305)
   JENNIFER M. MISETICH (SBN 272022)
3  **FINK & STEINBERG**
   ATTORNEYS AT LAW
4  11500 Olympic Boulevard, Suite 316
   Los Angeles, CA 90064
5  Telephone: (310) 268-0780
   Facsimile: (310) 268-0790

6  Attorneys for Plaintiff
7  ERIC ANTHONY DEL REAL

8  GREGORY W. KNOPP (SBN 237615)
   GLORIA JAN (SBN 165440)
9  CHRISTOPHER K. PETERSEN (260631)
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
10 2029 Century Park East
   Suite 2400
11 Los Angeles, CA 90067
   Telephone:   310-229-1000
12 Facsimile:   310-229-1001

13 Attorneys for Defendant
   STARBUCKS CORPORATION

14

15                UNITED STATES DISTRICT COURT
16                NORTHERN DISTRICT OF CALIFORNIA
17                       SAN JOSE DIVISION

18

19 | ERIC ANTHONY DEL REAL, an individual, | Case No. 5:12-cv-00770-EJD |
20 |                                        | [~~PROPOSED~~] ORDER RE JOINT STIPULATION FOR DISMISSAL |
   |        Plaintiffs,                     |
21 |                                        |
22 |   v.                                   |
23 | STARBUCKS, INC., a Washington corporation; and DOES 1 to 50, inclusive, |
24 |                                        |
25 |        Defendants.                     |

26
27
28

# ORDER

Based on the Stipulation of the Parties and good cause having been shown, this action is hereby ***dismissed with prejudice*** in its entirety, pursuant to F.R.C.P. 41(a)(1).

**IT IS SO ORDERED.**

The Clerk shall close this file.

Dated: January 31, 2013          By: _____
                                       Honorable Edward J. Davila

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 2400, Los Angeles, CA 90067. On January 30, 2013, I served the foregoing document(s) described as: **[PROPOSED] ORDER RE JOINT STIPULATION FOR DISMISSAL** on the interested party(ies) below, using the following means:

**All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the referenced case caption and number**

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 30, 2013, at Los Angeles, California.

Carmen M. Ayala  
[Print Name of Person Executing Proof]     [Signature]